**Idaho Conservation League, Exhibit A: Declaration of John Robison**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAWTOOTH MOUNTAIN RANCH LLC, )<br>LYNN ARNONE, DAVID BOREN, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>U.S. FOREST SERVICE, et al. )<br>)<br>Defendants. )<br>_____ ) | No. 1:19-cv-0118-CWD<br><br>**DECLARATION OF<br>JOHN ROBISON** |

I, JOHN ROBISON, declare as follows:

1.      My name is John Robison.  I am a resident of Boise, Idaho, where I have lived for 18 years. I am personally aware of the matters set forth below, and if called as a witness I would and could truthfully testify thereto.

**Background**

2.      I first came to Idaho in 1991 on a kayaking trip, where my friends and I paddled 10 rivers in 11 days.  One of the rivers flowed out of the Sawtooth Mountains on the Sawtooth National Forest. It was a formative experience. I was drawn back to Idaho ten years later, in large part, in order to enjoy the amazing

opportunities afforded by Idaho's wild and pristine rivers, towering mountains and the surrounding deserts and forests.

3.     I am a graduate of Bowdoin College, where I earned a BA in Biology; the Teton Science School's yearlong Professional Residency in Environmental Education; and the University of Vermont's Field Naturalist Program where I earned a MS in Botany.

4.     I am the Public Lands Director for the Idaho Conservation League ("ICL"), where I have been employed for 17 years. ICL is Idaho's largest statewide conservation organization and was founded in 1973. ICL's mission is to protect Idaho's clean water, clean air, healthy families, and unique way of life. ICL and its approximately 25,000 supporters are dedicated to protecting and conserving Idaho's natural resources. ICL currently employs 21 staff and has offices in Boise, Ketchum and Sandpoint.

5.     ICL Board members, staff, and supporters, including myself, use and value the Sawtooth National Recreation Area ("SNRA") on the Sawtooth National Forest for health, recreational, scientific, aesthetic, and spiritual reasons. ICL Board members, staff, and supporters are actively engaged in camping, hiking, trail running, biking, fishing, wildlife watching, wildlife tracking, botanizing, boating, skiing, contemplation, photography, and other activities in and around the SNRA. ICL has hosted its annual membership meeting at Redfish Lake Lodge within the

SNRA since 1986. ICL board members, staff, and supporters intend to continue using and enjoying the SNRA.

6.      In 2016 ICL initiated a wilderness stewardship program in partnership with the Sawtooth National Forest to restore, protect, and enhance the wilderness character of the Sawtooth Wilderness and the newly designated Hemingway-Boulders, Jim McClure-Jerry Peak and White Clouds Wildernesses. Wilderness steward volunteers dismantle illegal fire rings, report illegal activities in designated wilderness, pack out trash, educate hikers and backpackers about Leave No Trace ethics, and document trail conditions to help the Forest Service ("USFS") direct its limited personnel and resources to areas that need them most. In summer 2018, wilderness steward volunteers packed out an estimated 600 lbs. of trash.

7.      I have personally engaged in a number of recreation activities on the SNRA. I have been on several backcountry snowboard trips to the Bench Hut and the Williams Peak Yurt. I have paddled on Redfish Lake and Stanley Lake. I have fished for cutthroat trout in the Salmon River and Redfish Lake. I have backpacked in the Sawtooth Wilderness and White Clouds and mountain biked in the Fisher Williams Loop. I have watched wolves, elk, pronghorn, bald eagles, Sandhill Cranes, snipe and other wildlife in the SNRA.

8.      I have two eight-year old daughters, whom I intend to raise in Idaho and share my sense of the great outdoors with them through hiking, biking,

backpacking, rafting, fishing and skiing.  I have already taken them canoeing on

Stanley Lake and to the playground in Stanley, which I consider one of the most

scenic playgrounds in the world. We also enjoy bike riding on bike paths and trails,

but do not bike along busy roadways because of safety and aesthetic reasons.

9.     ICL engages in public land management decisions as they are vetted

through the NEPA process. In fact, a primary way ICL engages with the USFS is

by examining the Schedule of Proposed Activities, reviewing project proposals,

and submitting site-specific, substantive comments during the NEPA process. We

raise issues for the USFS to consider in its environmental analysis, and advocate

for environmentally responsible alternatives and outcomes. I estimate that,

annually, ICL submits 100 comments to the USFS and BLM.

10.     In my role as the Public Lands Director, I am the lead staff person for

interfacing with the USFS regarding NEPA comments. I coordinate with my ICL

colleagues in the Boise, Ketchum and Sandpoint offices to review and comment on

NEPA projects during public comment periods. We hold weekly meetings to

compare notes on NEPA projects and discuss what issues to raise and what

outcomes are preferable.

11.     Once the USFS issues a draft or final decision, we review it to see if

the agency adequately addressed our comments. In instances where we feel the

USFS has failed to respond to our comments or made a decision that is not

supported by the results of NEPA analysis or that seems contrary to a Forest Plan or other legal requirements, ICL will file administrative objections, or litigate if necessary. ICL has been involved in several objections and complaints against the Sawtooth National Forest in the past and one is currently ongoing. We do not object or litigate in circumstances where we feel the USFS has made a decision that we support and/or is legally sound (even if we don't support it).

12.     ICL defines itself as a conservation advocacy organization rather than a recreation advocacy organization. As such, our comments focus on the best overall conservation outcome that protects and restores the environment, clean water, native species, and natural ecological processes.

13.     We also recognize that humans are an element of the environment. Thoughtful outdoor recreation has physical and mental health benefits for people, can continue important traditions, is a significant contributor to rural economies, and can lead to improved stewardship of our natural resources. Many of our Board, staff, and supporters became interested in the environment and conservation work through outdoor recreation.

**SNRA Background and Intended Values**

14.     Congress designated the Sawtooth National Recreation Area in 1972 because of the area's incredible natural beauty, its important wildlife and ecological values, and its unparalleled recreational opportunities.

15.     Located largely in Custer County, the SNRA incorporates much of the Stanley Basin and surrounding portions of the Sawtooth Wilderness Area as well as portions of the Boulder-White Cloud Mountains and the storied Salmon River and its tributaries. The area is a stronghold for elk, deer, salmon, steelhead, bears, and other wildlife, and offers excellent habitat for wolves. Opportunities for hiking, hunting, fishing, skiing, camping, and whitewater rafting are plentiful.

16.     In designating the SRNA, Congress provided that "the lands will be administered in a manner that will best provide for the conservation and development of scenic, natural, historic, pastoral, wildlife and other values." The SNRA also aspires to enhance "the recreation values associated with" each of these other values.  16 U.S.C. § 460aa (Public Law 92-400; 86 Stat. 612).

17.     For over 20 years, ICL has been an advocate for wilderness protections for the Boulder White Cloud mountains on the eastern edge of the SNRA. ICL worked with Rep. Mike Simpson on 11 separate bills to protect this special area. The White Clouds (now Cecil Andrus), Jim McClure and Jerry Peak and Hemingway-Boulders Wildernesses were designated in August of 2015.

18.     As part of Rep. Simpson's efforts, he included several other provisions to address local community issues such as affordable housing and enhanced recreational opportunities, including construction of a bike path/trail from Stanley to Redfish Lake. Some of these provisions, such as funding for this

trail, were included in appropriations prior to the bill's 2015 passage. While ICL's main focus was wilderness designation, we understood that wilderness was only one component part of a larger package. It is ICL's experience that lasting solutions to complex natural resource issues must address ecological, economic and social issues. We understand that this trail will be open to snowmobile use in winter, and note that this use is already occurring in this area and is consistent with SNRA winter travel regulations.

19.   ICL is a strong supporter of permanent and seasonal non-motorized trails and other forms of alternative transportation. We support pathways programs that enable residents and tourists to bike or walk safely on a path instead of riding in a vehicle.

20.   In this instance, the physical separation of the trail from highway traffic is a significant safety component. In addition to reducing pollution from automobile exhaust, there can be significant health benefits from walking and biking as well as a greater sense of appreciation for the sights, sounds, and smells of our National Forests and our National Recreation Areas. Traveling on a non-motorized pathway can allow for much greater appreciation of scenic, natural, historic, pastoral, and wildlife values than traveling along a highway in a motorized vehicle. Additionally, the ADA-accessible design of this trail will allow

people with limited mobility to have a high-quality outdoors experience in the SNRA in ways that they cannot currently enjoy.

21.     Wildlife is a named value of the SNRA. Some notable SNRA wildlife experiences are hearing the calls of sandhill cranes flying overhead, or the winnowing sound made by Common snipe during mating displays, or the bugling of elk in the fall, or the howl of wolves. As long as the trail is designed and managed so as not to impair these values, these wildlife experiences can be appreciated much better along a non-motorized trail than from inside a vehicle.

22.     Although the SNRA is not a national park, the following quote from Edward Abbey's Desert Solitaire seems relevant in this situation: "No more cars in national parks. Let the people walk. Or ride horses, bicycles, mules, wild pigs – anything – but keep the automobiles and the motorcycles and all their motorized relatives out. We have agreed not to drive our automobiles into cathedrals, concert halls, art museums, legislative assemblies, private bedrooms and the other sanctums of our culture; we should treat our national parks with the same deference, for they, too, are holy places."

**ICL's Participation in the Redfish to Stanley Trail Project**

23.     In April 2014, ICL's former Central Idaho Director, Dani Mazzotta, reviewed and submitted comments on the Redfish to Stanley Trail Project. In these comments, ICL asked for best management practices ("BMPs") regarding noxious

weeds, sediment run-off controls, and storing hazardous fuels. ICL also expressed support for the project's plan to decommission redundant routes and roads, as they can contribute to the impairment of the natural, scenic, historic, pastoral, and fish and wildlife values for which the recreation area was established.

24.    The June 2017 Decision Memo incorporated responses to ICL's comments and concerns submitted in 2014. ICL determined the Decision Memo addressed our concerns by specifically requiring BMPs for noxious weeds, fuel storage, sediment run-off controls (among other BMPs), and decommissioning roads.

25.    Based on this assessment, ICL was (and continues to be) supportive of the Redfish to Stanley Trail Project. ICL moved to submit this amicus brief and declaration upon learning that a complaint had been filed. Given ICL's extensive background with the SNRA, I thought it would be important to share our perspective, provide additional context, and express our support for the project.

**Conclusion**

26.    Regardless of whether ICL or other members of the public support a project, we recognize that the project still must comply with state and federal laws. And we support the right of individuals to seek administrative and legal remedies if they perceive that an agency is not acting in accordance with the law.  ICL

exercises these rights when we believe that additional review is justified, and we support the right of other entities to do this as well.

27.     ICL has not reviewed the complete project record, but from our level of engagement, we feel that the project has merit and should proceed. The project is consistent with our values—providing thoughtful recreation on accessible trails that limit motorized congestion. I believe the result of this project will be an enhancement of the recreational values of the SNRA without impairing the other values for which the SNRA was established. The trail will allow people of all abilities to experience the SNRA values in ways that they are not likely otherwise able to. ICL believes the project should be implemented as planned unless the Court finds additional review is warranted.

28.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 24th day of May, 2019, at Boise, Idaho.


_John Robison_

_____
JOHN ROBISON