BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CALIFORNIA STATE BAR NO. 261501**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAWTOOTH MOUNTAIN RANCH LLC, LYNN ARNONE, DAVID BOREN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; SONNY PERDUE, Secretary of Agriculture; UNITED STATES FOREST SERVICE; SAWTOOTH NATIONAL FOREST; JIM DEMAAGD, Forest Supervisor; SAWTOOTH NATIONAL RECREATION AREA; KIRK FLANNIGAN, Area Ranger; FEDERAL HIGHWAY ADMINISTRATION; DEAN A UMATHUM, Contracting Officer<br><br>Defendants. | Case No. 1:19-CV-00118-CWD<br><br>**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1) Defendants United States of

America, United States Department of Agriculture, Sonny Perdue, Secretary of Agriculture,

Untied States Forest Service, Sawtooth National Forest, Jim Demaagd, Forest Supervisor,

**DEFENDANTS' MOTION TO DISMISS**                                                                                                         1

Sawtooth National Recreation Area, Kirk Flannigan, Area Ranger, Federal Highway Administration, Dean A. Umathum, Contracting Officer through their attorney, Assistant United States Attorney Christine England, respectfully move the Court to dismiss Claim One in Plaintiffs' First Amended Complaint (ECF No. 29) and Defendants Federal Highway Administration and Dean A. Umathum for lack of subject matter jurisdiction.  This motion is supported by the attached memorandum of points and authorities.

      Respectfully submitted on this 7th day of October, 2019.

                                    BART M. DAVIS
                                    United States Attorney
                                    By:

                                    <u>/s/ Christine G. England</u>
                                    CHRISTINE G. ENGLAND
                                    Assistant United States Attorney

**DEFENDANTS' MOTION TO DISMISS**                                              2