Erika E. Malmen, Bar No. 6185
EMalmen@perkinscoie.com
Richard C. Boardman, Bar No. 2922
RBoardman@perkinscoie.com
Kaycee M. Royer, Bar No. 10810
KRoyer@perkinscoie.com
Stephanie D. Olson, Bar No. 11864
SOlson@perkinscoie.com
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, ID 83702-5391
Telephone: 208.343.3434
Facsimile: 208.343.3232

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAWTOOTH MOUNTAIN RANCH LLC, LYNN ARNONE, and DAVID BOREN,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, Secretary of Agriculture; UNITED STATES FOREST SERVICE; SAWTOOTH NATIONAL FOREST; JIM DEMAAGD, Forest Supervisor; SAWTOOTH NATIONAL RECREATION AREA; KIRK FLANNIGAN, Area Ranger; DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants.* | Case No. 1:19-CV-0118-CWD<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Sawtooth Mountain Ranch LLC, David Boren, and Lynn Arnone ("Plaintiffs") in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment in this matter, including but not limited to: (1) the Memorandum Decision and Order Regarding Quite Title Act, Claims One and Two, entered in this action on February 24, 2022 [Doc. 132]; (2) the Memorandum Decision and Order Regarding

**NOTICE OF APPEAL - 1**
156686236_1

Claims Three through Nine, entered in this action on February 24, 2022 [Doc. 133]; and (3) the Judgement entered in this action on February 24, 2022 [Doc. 134].

| | |
|---|---|
| DATED:  April 22, 2022. | **PERKINS COIE LLP** |
| | By: _/s/ Erika E. Malmen_ |
| | Erika E. Malmen |
| | EMalmen@perkinscoie.com |
| | Richard C. Boardman |
| | RBoardman@perkinscoie.com |
| | Kaycee M. Royer |
| | KRoyer@perkinscoie.com |
| | Stephanie D. Olson |
| | SOlson@perkinscoie.com |
| | 1111 West Jefferson Street, Suite 500 |
| | Boise, ID  83702-5391 |
| | *Attorneys for Plaintiffs* |

**NOTICE OF APPEAL - 2**
156686236_1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine Gealy England
Christine.england@usdoj.gov

Marie Callaway Kellner
mkellner@idahoconservation.org

                               */s/ Erika E. Malmen*
                               Erika E. Malmen