

**FILED**

SEP 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SAWTOOTH MOUNTAIN RANCH, LLC; et al.,

    Plaintiffs-Appellants,

v.

UNITED STATES FOREST SERVICE; et al.,

    Defendants-Appellees.

No. 22-35324

D.C. No. 1:19-cv-00118-CWD
District of Idaho,
Boise

ORDER

The appellees' unopposed motion (Docket Entry No. 16) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Wilkins v. United States*, Sup. Ct. Dkt. No. 21-1164, or until further order of this court.

The appellees shall file a status report on December 28, 2022, and every 90 days thereafter while resolution of *Wilkins v. United States* is pending. Status reports should include any change in the status of *Wilkins v. United States* and the estimated date of resolution, if known.

The appellees shall notify the court by filing a status report within 7 days of the resolution of *Wilkins v. United States*.

Failure to file a status report may terminate the stay of appellate proceedings.

The remaining briefing schedule will be reset in a future order.

tah/9.19.22/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7